SCANNED at PENDLETON and Emailed on
12-6-23 by J-L . 21 pages.
(date)    (initials)  (num)

# COMPLAINT FORM
(for filers who are prisoners without lawyers)
(revised 4/19/2022)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

(Full name of plaintiff(s))

Demarkus Adams,

_____,

_____,

vs

(Full name of defendant(s))

Chadd Tyler,

C. Quarrier,

Warden D. Reagle,

**FILED**
**12/06/2023**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Case Number:

1:23-cv-02187-RLY-MG

(To be supplied by clerk of court)

A.  PARTIES:

1. Plaintiff is a citizen of __Indiana__, and is located at
   (State)

   __4490 W. Reformatory Rd. Pendleton, In. 46064__
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper).

2. Defendant __Chadd Tyler__
   (Name)

A. Parties:

Defendant C. Quarrier is a citizen of Indiana and resides at NA and worked for Pendleton C.F. 4490 W. Reformatory Rd. Pendleton, In. 46064

Defendant Dennis Reagle is a citizen of Indiana and resides at NA and worked for Pendleton C.F. 4490 W. Reformatory Rd. Pendleton, In. 46064

is (if a person or private corporation) a citizen of __Indiana__
(State, if known)

and (if a person) resides at __NA__
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)
worked for __Pendleton C.F. 4490 W. Reformatory Rd. Pendleton, In. 46064__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On 7-2-23 at approximatly 10:55 am officer Chadd Tyler was following H-cellhouse back from dinning hall #2 going toward H-dorm. officer Chadd Tyler targeted me only out of all the inmates walking together. He told me that he wanted me to go the long way around. I was scared to go that way by myself, since I've been harrassed by officer Chadd Tyler

(1)

many times. And the long way around has no camera.

I asked officer Chadd Tyler, why he wanted everyone to walk this way, and for me to walk the other way alone. He then threatend me by saying, cuff up mother fucker.

Because of all the threats officer Chadd Tyler has already made, I was worried about what he was up to by himself. So I asked him to please call for a Sergant or a Luetinant to speak with. Without a warning, officer Chadd Tyler tackled me to the ground. He started assaulting me, giving me a black eye, and severe lower back pain.

Then while verbally abusing me, officer Chadd Tyler tazed me for a long period, causing blisters to my stomach.

Then another officer, C. Quarrier jumped on top of me, turned me over,

②

B. Statement of Claim

and placed me in handcuffs. As soon as I was secured in handcuffs, officer Chadd Tyler stunned me a second time for a long period, for no reason.

Officer C. Quarrier told officer Chadd Tyler to stop now, that's enough!
Officer Chadd Tyler then snatched me up, while pushing on my head and neck. He then grabbed me by my hair and pushed me forward, verbally abusing me and using excessive force.

That's when officer C. Quarrier had to tell officer Chadd Tyler to stop, and go the other way!
Officer Chadd Tyler was acting unprofessional showing hatred + saying very demeaning things. Officer Chadd Tyler then wrote up a conduct report, where he lied, and gave a completely false statement. Placing me on stripcell in segregation to try and cover up the excessive forced that was used on me.

This entire incident was on camera, which is placed infront of h-dorm. The direction where we were walking.

While in segregation, I wrote several letters to warden D. Reagle, explaining the situation about his officers using excessive force + not handling situations as they should. But D. Reagle would not answer my letters.

(3)

B. Statement of Claim

I also went through the entire Grievance process, and the Grievance Manager acknowledges that I did exhaust all my remedies. Which is all included with this suit.

In my Grievance Process and through letters, I asked that all video footage of this incident be saved for me.

Officer Chadd Tyler is being sued for Cruel & Unusual Punishment and for Deliberant Indifference for causing injuries to me, knowing that I was in serious pain and continued to keep causing more pain, even while I was asking him to stop.
For Retaliction. Because officer Chadd Tyler has been repeatidly been causing me problems and trying to threaten me for filing a Grievance. And excessive force for using unneccessary violence against me by tasing me while I was secured in handcuffs, and tazing me repeatidly for long periods of time. And causing me physical harm.

Officer C. Quarrier is being sued for excessive force for violently harming me when I was not doing anything or resisting in any way.

(4)

B. Statement of Claim

Warden Dennis Reagle is being sued for not properly training his officers & staff to handle situations, which caused me to suffer long lasting effects & serious pain. I tried to warn him of this situation & asked for help. And nothing was done.

This whole incident has caused me serious mental problems. I'm having nightsweats, and I can't trust anyone. I don't know who's really trying to help me here.

(5)

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.
OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I'm asking for $150,000 for the pain & suffering that was caused to me. And for the mental trauma I've been put through and still going through.

for officer Chadd Tyler to be fired for injuring me severely and for officer C. Quarrier to apologize to me.

### E. JURY DEMAND

☒ Jury Demand - I want a jury to hear my case
OR

☐ Court Trial - I want a judge to hear my case

Dated this __28__ day of __November__ 20__23__.

Respectfully Submitted,

_____
Signature of Plaintiff

__230061__
Plaintiff's Prisoner ID Number

__Pendleton C.F. 4490 W. Reformatory__
__Rd. Pendleton, IN. 46064__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

### F. OPTIONAL CERTIFICATION

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

_____ Signature of Plaintiff

### REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.